Andrew L. Rempfer
Nevada Bar No. 8628
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas NV 89128-8354
(702) 384-9900
(702) 384-5900 (fax)
Andrew@SJPlawyer.com

Attorney for Plaintiff
CYNTHIA LEE YORKER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA LEE YORKER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY ELECTRIC ASSOC., INC., a Nevada corporation, et. al.,<br><br>Defendants. | Case No.: 2:15-cv-01927-(RFB)-VCF<br><br>STIPULATION AND ORDER TO DISMISS THE CASE, *WITH PREJUDICE*<br>(Fed. R Civ. P. 41) |

The parties, by their undersigned counsel of record, hereby agree and stipulate to jointly seek the Order of the Court dismissing this case, with prejudice. The parties agree to bear their own costs and attorneys' fees.

Dated: Tuesday, December 29, 2015.

LAW OFFICES OF STEVEN J. PARSONS                     FENNEMORE CRAIG ~~JONES VARGAS~~ P.C.

/s/ Andrew L. Rempfer                                                    _____
ANDREW L. REMPFER                                               FENNEMORE CRAIG, P.C.
Nevada Bar No. 8628                                                   Nevada Bar No. 933
                                                                                      SHANNON S. PIERCE
Attorney for Plaintiff                                                      Nevada Bar No. 12471
CYNTHIA LEE YORKER
                                                                                      Attorneys for Defendant
                                                                                      VALLEY ELECTRIC ASSOC., INC.

ORDER

IT IS SO ORDERED.

Dated: January 12, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Law Offices of Steven J Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
(702) 384-9900; fax (702) 384-5900
Andrew@SJPlawyer.com

Page 1 of 1